UNITED STATES GOVERNMENT
# MEMORANDUM

**DATE:** July 6, 2007

**TO:** The Honorable *Mark Fuller*
United States District Judge

**REPLY TO ATTN OF:** Alfred L. Lancaster
Senior United States Probation Officer
Middle District of Alabama

**SUBJECT:** Jamie Lynn Wilson
Dkt. No.1:03-cr-10-002 (TN-E)
**TRANSFER OF JURISDICTION**

## Court Summary:

Jamie Lynn Wilson was sentenced on June 16, 2003, in the Eastern District of Tennessee by Chief United States District Judge R. Allan Edgar for Arson. She was ordered to serve 60 months custody, to be followed by a 3 year term of supervised release. In addition to the standard conditions of supervision, Wilson was ordered to abide by the following special conditions: (1) Pay a $100 assessment fee; (2) Pay $222,895.68 Restitution; (3) Provide the probation officer with access to any requested financial information; (4) Not incur new credit charges or open additional lines of credit; (5) Participate in a program of testing and treatment for drug and/or alcohol abuse, as directed by the probation officer; (6) Participate in a program of mental health treatment, as directed by the probation officer; (7) Perform 200 hours of community service; and (8) cooperate in the collection of DNA, as directed by the probation officer.

## Supervision Summary:

Wilson was released from custody on May 31, 2007, to begin service of her three year term of supervised release. Since her release, Wilson has found stable residence at 2212 Mill Street, Montgomery, Alabama, as well as full-time employment via Webster Industries. She earns approximately $8.00 per hour from her employment. Thus far, Wilson has been compliant and followed the instructions of the probation officer.

## Recommendation:

As Wilson has established residence and employment in this district and has no intentions of relocation to the Eastern District of Tennessee, it is recommended that jurisdiction of her case be transferred to this district. Should the Court concur with this recommendation, please sign part 2 of the attached documents accepting jurisdiction.

Respectfully submitted,

Alfred L. Lancaster
Senior United States Probation Officer

**Wilson, Jamie Lynn**                                              Memorandum
<u>RE: Request for Transfer of Jurisdiction</u>

Reviewed and Approved by:

*[signature]*

David Ron Thweatt
Supervisory United States Probation Officer

                                        APPROVED:

                                        *[signature]* 7-11-07
                                        United States District Judge/Date

                                        DISAPPROVED:

                                        _____
                                        **United States District Judge/Date**

                                        **COMMENTS:**_____

                                        _____

                                        _____

| PROB 22 [EDTN51] (1/98) | TRANSFER OF JURISDICTION RECEIVED | DOCKET NUMBER (Tran. Court) 1:03-cr-10-002 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 2:07cm1293-MEF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jamie Lynn Wilson 2212 Mill Street Montgomery, AL 36108 | DISTRICT ED/TN-Chattanooga | DIVISION MD/AL-Montgomery |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable R. Allan Edgar | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5-31-07 — TO 5-30-10 |

OFFENSE
Arson; 18:844(i)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF TENNESSEE - CHATTANOOGA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama - Montgomery upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 19, 2007                            /s/ R. Allan Edgar
_____                            _____
Date                                     United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF ALABAMA - MONTGOMERY**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 11, 2007                            [signature]
_____                            _____
Effective Date                           United States District Judge